JON M. SANDS
Federal Public Defender
W. ERIC RAU
Assistant Federal Public Defender
State Bar No. 019267
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520)879-7500
eric_rau@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | CR05-351-TUC-RCC |
| vs. | ) | NOTICE OF DOCUMENTS FILED FOR SENTENCING PURPOSES |
| Jason Langlois, | ) | |
| Defendant. | ) | |

Jason Langlois, by and through undersigned counsel, notices the Court that the following documents have been submitted for the Court's consideration for a mitigated sentence under the stipulated range as determined by the plea agreement.

Attachment 1:    Letter from Dorothy Langlois, Mr. Langlois' mother.

Attachment 2:    Letter from Dolores Fergason.

Attachment 3:    Letter from Josephine V. Charbonnier.

RESPECTFULLY SUBMITTED:    December 9, 2005.

JON M. SANDS
Federal Public Defender

s/W. Eric Rau
_____
W. ERIC RAU
Assistant Federal Public Defender

Copy to:    Judson Mihok, AUSA
            Guillermo Peña, USPO

December 7, 2005

Your Honor,

My son, Jason Langlois will stand in front of you next week anticipating the outcome of having his life turned upside down for the last year due to very bad choices he made in the past.

Jason is a very loving, kind, decent and responsible young man but he will be the first to tell you as he did me that he had a dirty secret. The Internet pornography was something he got entangled in all alone without anyone else's knowledge he thought. This situation never involved anyone else and for that I am grateful.

I am so glad this secret of Jason's has come to light and that he has admitted his guilt because in doing so he has had the weight of this horrible offense lifted from his conscious and is now able to deal with the consequences. My son now is free at least spiritually and emotionally. It may be strange for a mother to say but I am happy for all that has happened these last 13 months because it has brought my son out of the terrible place he was in by himself. He now can discuss this situation with his father and I and know he is no longer dealing with it alone. My husband and I love our son completely and though we do not condone what has happened we will continue to love and support him in any way that will be of a healthy positive benefit.

Jason has lived with us since his arrest in March and followed all the rules given to him by the judicial system. He has not been able to continue his 12-year employment with the United States Postal Service but he has been of great help to my husband in our business these past months.

Jason sought spiritual counseling and has attended church with us weekly since his arrest and his reconciled relationship with the Lord Jesus Christ is what will see him through whatever he may face now. In spite of what may appear to be a dreadful future I feel my son now has peace and a contentment he had lost for some time. Jason truly made a terrible choice in what he allowed his eyes to see on the computer and for that he has paid and will continue to pay but he has a repentive heart and for that I am thankful.

Sincerely,

Dorothy Langlois

11-23-05

I have known Jason Langlois for 30 years. He has always been a very sensitive and caring young man. He was never one to follow the crowd and get into trouble. He has always been friendly and respectful.

Jason was raised in a good Christian home with strong moral values. I still believe him to be a very honest and trustworthy young man.

Sincerely,
Dolores Ferguson

11/23/05

Attention of the Judge who will hear the Jason Langlois case: -

I have been a friend of this family for many years. In fact I have known Jason since he was 3 years old. I have always known him to be a good, well-behaved boy. When he grew up he became a responsible adult and worked hard for a living.

I am asking you to be lenient with Jason. I feel that he has repented for the wrong path he chose and will not do it again. With the help of his caring family, other Christians and mostly the Lord's help, he will make it.

Thank you!

Very Sincerely,

Josephine V. Charbonnier
3405 No. Higley Rd. Box #4
Mesa, Az. 85215.