```
✓ FILED        LODGED
  RECEIVED     COPY

    FEB 1 2 2015

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____                DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jason Langlois,<br><br>　　　　Defendant. | No. CR-05-00351-CRP-TUC-001<br><br>**WAIVER AND ORDER**<br><br>**Modification of Supervised Release Conditions** |

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of supervised release. 18 U.S.C. 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

　　1.　<u>You shall attend and participate in a sex offender treatment program and sex offense specific evaluations as approved by the probation officer. You shall abide by the policies and procedures of all the treatment and evaluation providers. You shall contribute to the cost of such treatment and assessment not to exceed an amount determined to be reasonable by the probation officer based on ability to pay.</u>

2. <u>You shall attend and participate in periodic polygraph examinations as a means to determine compliance with conditions of supervision and the requirements of your therapeutic program, as directed by the probation officer. No violation proceedings will arise solely on the result of the polygraph test. A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding. You shall contribute to the cost of such polygraph examination not to exceed an amount determined to be reasonable by the probation officer based on ability to pay.</u>

4. <u>You shall not knowingly and intentionally possess, view, or otherwise use material depicting sexually explicit conduct as defined in 18 U.S.C. § 2256 (2). You will submit any records requested by the probation officer to verify your compliance with this condition. You shall not enter any location where the primary function is to provide these prohibited materials.</u>

6. <u>You shall submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct, and by any probation officer in the lawful discharge of the officer's supervision functions. You shall consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by a law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct. You shall warn any other residents that the premises may be subject to searches pursuant to this condition.</u>

_____    2/6/15
Jason Langlois                     Date
Defendant

_____    02/06/2015
Ariel Palafox                      Date
Senior U.S. Probation Officer

- 2 -

ORDER OF COURT

Considered and ordered filed and made a part of the records in the above case.

_____    2-12-15
The Honorable Raner C. Collins         Date
Chief United States District Judge